■ In the Matter of URS CORPORATION-NEW YORK, Respondent, v EXPERT ELECTRIC, INC., Appellant. [53 NYS3d 830]—

Judgment, Supreme Court, New York County (Paul Wooten, J.), entered February 8, 2017, awarding petitioner attorneys' fees, unanimously reversed, on the law, without costs, and the judgment vacated.

The court properly declined to vacate respondent's default, upon which petitioner's motion to cancel the public improvement lien filed by respondent was granted, because respondent failed to demonstrate a reasonable excuse for the default and a meritorious defense (*see Lopez-Reyes v Heriveaux*, 144 AD3d 486 [1st Dept 2016]).

The court erred in awarding petitioner attorneys' fees since,

as petitioner concedes, attorneys' fees are not authorized either by statute or court rule, and we find that the contractual provisions on which petitioner relies do not authorize an award of attorneys' fees in the instant circumstances (*see Matter of A.G. Ship Maintenance Corp. v Lezak*, 69 NY2d 1, 5 [1986]). Concur—Acosta, P.J., Renwick, Richter, Feinman and Webber, JJ.